No. 11–7807. MARLIN v. ROBERTS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–7815. HERNANDEZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7816. JONES v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7817. METTLE v. METTLE. Ct. App. Wash. Certiorari denied.

No. 11–7821. GARNER v. MAYLE. C. A. 9th Cir. Certiorari denied.

No. 11–7822. GRIM v. NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7824. METTLE v. METTLE. Ct. App. Wash. Certiorari denied.

No. 11–7826. GONZALES SAMAYOA v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7829. GUPTA v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–7830. FERRIS v. BAUMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7831. WRIGHT v. MARSHALL. C. A. 1st Cir. Certiorari denied.

No. 11–7832. BOLMER v. DEKEYSER ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7833. BUTCHER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–7847. TORRES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7848. TULLY v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.